IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 05 B 26934
Edward H. Embree ) Judge: John Squires
)
Debtor. ) Chapter 11

**DEBTOR'S FINAL REPORT UNDER 1019(1)**

TO: U.S. Trustee=s Office             Gina Krol
227 West Monroe Street             105 W Madison
Suite 3350                         Suite 1100
Chicago, Illinois 60606            Chicago, Illinois 60602

Debtor, Edward pursuant to the Court's order of May 18, 2006 and in conformity with Fed.R.Bankr.P.1019(1) states as follows:

1. Debtor since the filing of this case has not acquired any assets that require the amending of his Schedules A or B.

2. Debtor since the filing of this case has not incurred any new liabilities that would require the amending of his Schedules D, E or F.

3. Debtor since the filing of this case has not entered into any new executory contracts or leases that require the amending of his Schedules G.

4. Debtor since the filing of this case has had no material change to income or expenses that would require the amending of his Schedules I & J.

5. Debtor since the filing of this case has had no transaction that would require the amending of his Statement of Financial Affairs.

*/s/ Edward H. Embree*
Edward H. Embree

July 17, 2006

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )   Case No. 05 B 26934
    Edward H. Embree                )   Judge: John Squires
                                    )
        Debtor.                     )   Chapter 11

### NOTICE OF FILING

TO:                                          U.S. Trustee's Office

227 West Monroe Street
Suite 3350
Chicago, Illinois 60606

Please take notice that on July 17, 2006, Debtor, Edward H. Embree, filed his Final Report per 1019(1). These are all being submitted to the Clerk of the United States Bankruptcy Court located at 219 South Dearborn, Chicago, Illinois.

                                        /s/ Timothy M. Hughes - 6208982

Timothy M. Hughes - 6208982
LAVELLLE LEGAL SERVICES, LTD.
208 S. LaSalle, Suite 1200
Chicago, Illinois 60604-1003
(312) 332-7556

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of this foregoing notice and the documents referred to herein on the above parties via e-mail on July 17, 2006.

                                        s/ Timothy M. Hughes - 6208982

S:\2459\Final Report