UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Edward H Embree | ) | Case No. 05-26934-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO: HONORABLE JOHN H. SQUIRES
    BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on July 7, 2005. On September 15, 2006, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,454.00, in compensation for 6.65 hours of services performed for the period June 30, 2006 through present and reimbursement of actual expenses in the amount of $53.80.

3. A description of the nature of the services rendered by the Applicant is as follows:

OBJECTION TO CLAIMS

At the Trustee's request, Cohen & Krol prepared and presented Trustee's Objections to Claims of Ford Motor Credit Company and Dell Financial Services. Both claimants filed secured claims in this Estate and neither asserted a security interest in the asset liquidated by the Trustee which created the funds on hand. Cohen & Krol expended 2.30 hours in the activity of Objection to Claims.

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented the Trustee's Motion to Employ Attorneys for Trustee. This motion was required to further the administration of this Estate. Cohen & Krol expended 1.45 hours in the activity of Professional Employment.

SALE OF ASSETS

**EXHIBIT G**

Cohen & Krol prepared and presented Trustee's Application to Accept Offer. The Debtor had offered to purchase the Estate's right, title and interest in the Debtor's homestead property. Cohen & Krol obtained the requisite order authorizing the Trustee to accept the Debtor's offer. Notice of the Application was mailed to all creditors in accordance with the required Bankruptcy Rules. Cohen & Krol expended 2.15 hours in the activity of Sale of Assets.

STATUS OF THE ESTAE

Cohen & Krol attended this Court's post-conversion status to advise the Court as to the status of the Estate. Cohen & Krol expended .75 hours in the activity of Status of Estate.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL GBK/2006 | 4.35 | 350.00 | 1,522.50 |
| GINA B. KROL GBK/2009 | 2.30 | 405.00 | 931.50 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,454.50 and reimbursement of actual and necessary expenses of $53.80 for legal services rendered in this case.

Date: March 27, 2009

RESPECTFULLY SUBMITTED,
/s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**