UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| Edward H Embree ) | Case No. 05-26934-SQU | |
| ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

### Notice of Trustee's Final Report, Hearing on Applications
### for Compensation, and Hearing on the Abandonment
### of Property by the Trustee

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL  60187

   On:  **May 29, 2009**          Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $12,335.07 |
   | Disbursements | $21.63 |
   | Net Cash Available for Distribution | $12,313.44 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $1,983.51 | $0.00 |
   | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $2,454.00 | $53.80 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $386,944.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.0200% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | Dell Financial Services | $4,082.59 | $82.53 |
| 000002 | Discover Financial Services | $10,182.47 | $205.84 |
| 000003 | First National Bank | $15,181.52 | $306.90 |
| 000004 | Bank Of America Na (Usa) | $10,888.47 | $220.11 |
| 000005 | Bank Of America Na (Usa) | $11,711.54 | $236.75 |
| 000006 | Us Bank Corp/ Retail Payment Soluti | $23,839.30 | $481.91 |
| 000007 | Jp Morgan Chase Bank Na | $6,010.61 | $121.51 |
| 000008 | Capital One Bank | $448.88 | $9.07 |
| 000009 | Capital One Bank | $2,310.80 | $46.71 |
| 000010 | Capital One Bank | $10,787.48 | $218.07 |
| 000011 | American Express Bank, Fsb | $3,267.78 | $66.06 |
| 000012 | Ecast Settlement Corporation, Assig | $32,575.92 | $658.53 |
| 000013 | Chase Manhattan Bank Usa, Na | $14,387.62 | $290.85 |
| 000014 | Chase Manhattan Bank Usa, Na | $11,391.12 | $230.27 |
| 000015 | Chase Manhattan Bank Usa, Na | $5,337.44 | $107.90 |
| 000016 | Chase Manhattan Bank Usa, Na | $9,179.20 | $185.56 |
| 000018 | Ecast Settlement Corporation, Assig | $23,186.44 | $468.72 |
| 000019 | Ecast Settlement Corporation, Assig | $25,743.00 | $520.40 |
| 000020 | Ecast Settlement Corporation, Assig | $11,904.66 | $240.65 |
| 000021 | Diamond, Louis | $27,500.00 | $555.92 |
| 000022 | Michaels, Jerrold | $66,000.00 | $1,334.20 |
| 000035 | Ecast Settlement Corporation, Assig | $5,067.36 | $102.44 |
| 000036 | Chase Bank Usa Na | $6,254.13 | $126.42 |
| 000038 | Citibank/Choice | $2,207.97 | $44.63 |
| 000039 | Citibank ( South Dakota ) N.A. | $16,323.86 | $329.99 |
| 000040 | Mbna America Bank Na | $23,372.33 | $472.47 |

| | | | |
|---|---|---|---|
| 000041 | Chase Bank Usa Na | $7,801.75 | $157.72 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $75.00 |
| Bank Accounts | $1,750.00 |
| Household Goods | $1,500.00 |
| Books | $100.00 |
| Jewelry | $400.00 |
| Insurance | $300.00 |
| Car | $17,000.00 |
| Car | $815.00 |

Dated: **April 23, 2009**                              For the Court,

                                          By:  **KENNETH S. GARDNER**
                                               CLERK OF BANKRUPTCY COURT
                                               KENNETH S. GARDNER

Trustee:   Gina B. Krol
Address:   105 West Madison Street
           Suite 1100
           Chicago, IL  60602-0000
Phone No.: (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 23, 2009
Case: 05-26934                 Form ID: pdf002              Total Served: 50


The following entities were served by first class mail on Apr 25, 2009.
db          +Edward H Embree,    620 S. York Rd., #103,    Bensenville, IL 60106-3032
aty         +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,     Chicago, IL 60602-4600
aty         +Timothy M Hughes,    Lavelle Legal Services Ltd,    501 West Colfax,    Palatine, IL 60067-2545
tr          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,     Chicago, IL 60602-4600
10112633     American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
9680918     +BANK OF AMERICA,    PO BOX 970,    NORFOLK VA 23501-0970
9557739      Bank of America NA (USA),    PO Box 2278,    Norfolk VA 23501-2278
9557740      Capital One,    P.O. Box 85167,    Richmond, VA  23285-5167
9895842     +Capital One Bank,    Capital One,    c/o TSYS Debt Management,    PO Box 5155,
              Norcross, GA 30091-5155
9557747      Chase,    P.O. Box 52195,    Phoenix, Arizona  85072-2195
9557743      Chase Bank One Line,    P.O. Box 9001008,    Louisville, KY  40290-1008
9557742      Chase Bank USA NA,    P.O. Box 15145,    Wilmington, DE  19850-5145
9557745     +Chase BankOne,    P.O Box 15153,    Wilmington, DE 19886-5153
9557744     +Chase Bankcard Services,    P.O. Box 52195,    Phoenix, AZ 85072-2195
9557746      Chase Home Mortgage,    P.O. Box 9001871,    Louisville, Ky  40290-1871
10417179     Chase Manhattan Bank USA, NA,    by eCAST Settlement Corporation,    as its agent,    P.O. Box 35480,
              Newark, NJ  07193-5480
9557748     +Chase/Bank One,    P.O Box 15153,    Wilmington, DE 19886-5153
9557749     +Choice (CitiBank),    P.O Box 688914,    Des Moines, IA 50368-8914
9557750     +Citi Bank Ready Credit,    P.O Box 8117,    S Hackensack, NJ 07606-8117
9557751     +Citi Bank Ready Credit,    P.O Box 8104,    S Hackensack, NJ 07606-8104
9557752     +Citi Cards,    P.O. Box 688904,    Des Moines, IA 50368-8904
9557753     +Citi Driver’s Edge,    Citi Cards,    P.O. Box 688915,    Des Moines, IA 50368-8915
10964015    +Citibank ( South Dakota ) N.A.,    POB 182149,    Columbus, OH 43218-2149,    DBA Sears
10957202     Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV  88901-6305
9680919      DELL FINANCIAL SERVICES,    PO BOX 5292,    CAROL STREAM IL 60197-5292
9680924     +DIAMON, LOUIS,    6239 S HUDSON,    TULSA OK 74136-2023
10445130    +Dell Financial Services,    c/o Weltman, Weinberg & Reis Co., L.P.A.,    10 S. LaSalle St.,
              Suite 900,    Chicago, IL 60603-1016
10462792    +Diamond, Louis,    Arthur R Ehrlich/Goldman & Ehrlich,    19 S Lasalle St Suite 800,
              Chicago IL 60603-1404
9601901     +First National Bank,    P O Box 2951,    Omaha, NE 68103-2951
9557755     +First National Bank,    P.O. Box 2436,    Omaha, NE 68103-2436
10499512    +First National Bank of Omaha,    1620 Dodge St,    Stop Code 3105,    Omaha NE 68197-0003
9557756      Ford Finance,    P.O. Box 64400,    Colorado Springs, CO  80962-4400
9570783      Ford Motor Credit,    P O Box 537901,    Livonia MI 48153-7901
10498855    +Ford Motor Credit Company,    P.O. Box 55000,    Detroit, MI 48255-0001
9680921     +GARDNER ARNOLD,    1828 POPLAR COURT,    MUNSTER IN 46321-3851
9557757      Individualized Bankcard Servic,    P.O. Box 15971,    Wilmington, DE  19850-5971
9639126      JP MORGAN CHASE BANK NA,    PO BOX 3155,    MILWAUKEE WI 53201-3155,    ATTN BANKRUPTCY DEPARTMENT
9557758     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington DE 19850-5168
10462796    +MICHAELS, JERROLD,    ARTHUR R EHRLICH/GOLDMAN & EHRLICH,    19 S LASALLE ST SUITE 800,
              CHICAGO IL 60603-1404
9680923     +MICHAELS, JERROLD,    6409 WALKUP LANE,    CRYSTAL LAKE IL 60012-3260
9557760     +Sear Mastercard,    P.O Box 6921,    The Lakes, NV 88901-6921
9620650     +US Bank Corp/ Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
9680922     +WARD, GEORGE,    1 RIDGE FARM ROAD,    BURR RIDGE IL 60527-5180
9680920     +WELTMAN WEINBERG & REIS CO,    RE DELL FINANCIAL SERVICES,    1419 LAKE COOK RD SUITE 480,
              DEERFIELD IL 60015-5228
9557759      eCAST SETTLEMENT CORPORATION,    MBNA AMERICA BANK DELAWARE NA,    PO BOX 35480,
              NEWARK NJ 07193-5480
10410378     eCAST Settlement Corporation, assignee of,    Advanta Bank Corp.,    P.O. Box 35480,
              Newark, NJ  07193-5480
10581074     eCAST Settlement Corporation, assignee of,    Chase Manhattan Bank USA, NA,    P.O. Box 35480,
              Newark, NJ  07193-5480
10450573     eCAST Settlement Corporation, assignee of,    MBNA America Bank, N.A.,    P.O. Box 35480,
              Newark, NJ  07193-5480

The following entities were served by electronic transmission on Apr 24, 2009.
9557754      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2009 07:44:28     Discover,    P.O. Box 30395,
              Salt Lake City, UT  84130-0395
9596174      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2009 07:44:28     Discover Financial Services,
              Discover Bank,    PO Box 8003,    Hilliard OH 43026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10576633*    American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
9557741*     Capital One,    P.O Box 85167,    Richmond, VA  23285-5167
10579750*    eCAST Settlement Corporation, assignee of,    MBNA America Bank, N.A.,    P.O. Box 35480,
              Newark, NJ  07193-5480
                                                                                               TOTALS: 0, * 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 23, 2009
Case: 05-26934                Form ID: pdf002          Total Served: 50

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2009**                    **Signature:** _/s/ Joseph Speetjens_