UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-26934 SQU |
| Edward H Embree | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter      on            , and it was converted to chapter 7 on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____      By:/s/GINA B. KROL_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase |  |  |  |  |  |
| FORD MOTOR CREDIT |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Choice/Citibank | | | | | |
| Citi Bank Ready Credit | | | | | |
| Citi Cards | | | | | |
| Citi Driver's Edge | | | | | |
| DELL FINANCIAL SERVICES | | | | | |
| AMERICAN EXPRESS BANK, FSB | | | | | |
| BANK OF AMERICA NA (USA) | | | | | |
| BANK OF AMERICA NA (USA) | | | | | |
| CAPITAL ONE BANK | | | | | |
| CAPITAL ONE BANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL ONE BANK | | | | | |
| CHASE BANK USA NA | | | | | |
| CHASE BANK USA NA | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| CITIBANK ( SOUTH DAKOTA ) N.A. | | | | | |
| CITIBANK/CHOICE | | | | | |
| DIAMOND, LOUIS | | | | | |
| DISCOVER FINANCIAL SERVICES | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| FIRST NATIONAL BANK | | | | | |
| JP MORGAN CHASE BANK NA | | | | | |
| MBNA AMERICA BANK NA | | | | | |
| MICHAELS, JERROLD | | | | | |
| US BANK CORP/ RETAIL PAYMENT SOLUTI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 05-26934 INDIVIDUAL ESTATE PROPERTY RECORD AND Doc 161 Filed 09/21/09 Entered 09/21/09 11:41:48  Desc Main
ASSET CASES
Document    Page 8 of 20

Page: 1

| Case No: | 05-26934 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL | Exhibit 8 |
|---|---|---|---|---|---|---|
| Case Name: | Edward H Embree | | | Date Filed (f) or Converted (c): | 05/18/06 (c) | |
| For Period Ending: 09/15/09 | | | | 341(a) Meeting Date: | 08/08/06 | |
| | | | | Claims Bar Date: | 11/13/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 240,000.00 | 12,000.00 | | 12,276.70 | FA |
| 2. Cash | 75.00 | 0.00 | | 0.00 | 0.00 |
| 3. BANK ACCONTS | 1,750.00 | 0.00 | | 0.00 | 0.00 |
| 4. Household Goods | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE | 300.00 | 0.00 | | 0.00 | FA |
| 8. Car | 17,000.00 | 0.00 | | 0.00 | FA |
| 9. Car | 815.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 59.11 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $261,940.00 | $12,000.00 | | $12,335.81 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR

UST Form 101-7-TDR (4/1/2009) *(Page: 8)*

LFORM1                                                                                                              Ver: 14.31c

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-26934  SQU  Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | Edward H Embree | Date Filed (f) or Converted (c): | 05/18/06 (c) |
| | | 341(a) Meeting Date: | 08/08/06 |
| | | Claims Bar Date: | 11/13/06 |

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 03/31/09

_____ Date: _____

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 05-26934 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | Edward H Embree | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9844  BofA - Checking Account |
| Taxpayer ID No: | *******2827 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  05/28/09 | | Transfer from Acct #*******4244 | Transfer In From MMA Account | 9999-000 | 12,314.18 | | 12,314.18 |
| C    06/01/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,983.52 | 10,330.66 |
| C    06/01/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorneys' Fees per Court Order | 3110-000 | | 1,634.36 | 8,696.30 |
| C    06/01/09 | 003003 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorneys' Fees per Court Order | 3110-000 | | 819.64 | 7,876.66 |
| C    06/01/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorneys' Expenses per Court Order | 3120-000 | | 53.80 | 7,822.86 |
| 06/01/09 | 003005 | Dell Financial Services<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>10 S. LaSalle St.<br>Suite 900<br>Chicago, IL  60603 | General Unsecured 726(a)(2) | 7100-000 | | 82.54 | 7,740.32 |
| C    06/01/09 | 003006 | Discover Financial Services<br>Discover Bank<br>PO Box 8003<br>Hilliard OH 43026 | Claim 000002, Payment 2.02171% | 7100-900 | | 205.86 | 7,534.46 |
| C    06/01/09 | 003007 | First National Bank | Claim 000003, Payment 2.02173% | 7100-900 | | 306.93 | 7,227.53 |

UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26934 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Edward H Embree | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9844 BofA - Checking Account |
| Taxpayer ID No: | *******2827 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | P O Box 2951<br>Omaha, NE 68103 | | | | | |
| C 06/01/09 | 003008 | Bank of America NA (USA)<br>PO Box 2278<br>Norfolk VA 23501-2278 | Claim 000004, Payment 2.02168% | 7100-900 | | 220.13 | 7,007.40 |
| C 06/01/09 | 003009 | Bank of America NA (USA)<br>PO Box 2278<br>Norfolk VA 23501-2278 | Claim 000005, Payment 2.02168% | 7100-900 | | 236.77 | 6,770.63 |
| C 06/01/09 | 003010 | US Bank Corp/ Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, Ohio 45201 | Claim 000006, Payment 2.02170%<br>(6-1) Unsecured Credit Card | 7100-900 | | 481.96 | 6,288.67 |
| 06/01/09 | 003011 | JP MORGAN CHASE BANK NA<br>PO BOX 3155<br>MILWAUKEE WI 53201-3155<br>ATTN BANKRUPTCY DEPARTMENT | Claim 000007, Payment 2.02176% | 7100-900 | | 121.52 | 6,167.15 |
| C 06/01/09 | 003012 | Capital One Bank<br>Capital One<br>c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Claim 000008, Payment 2.02058% | 7100-900 | | 9.07 | 6,158.08 |
| C 06/01/09 | 003013 | Capital One Bank<br>Capital One<br>c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Claim 000009, Payment 2.02181% | 7100-900 | | 46.72 | 6,111.36 |
| C 06/01/09 | 003014 | Capital One Bank<br>Capital One | Claim 000010, Payment 2.02170% | 7100-900 | | 218.09 | 5,893.27 |

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26934 -SQU | | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Edward H Embree | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******9844  BofA - Checking Account |
| Taxpayer ID No: | *******2827 | | | | |
| For Period Ending: | 09/15/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | | | | | |
| C   06/01/09 | 003015 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 2.02156% | 7100-900 | | 66.06 | 5,827.21 |
| C   06/01/09 | 003016 | eCAST Settlement Corporation, assignee of<br>Advanta Bank Corp.<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 000012, Payment 2.02171% | 7100-900 | | 658.59 | 5,168.62 |
| C   06/01/09 | 003017 | Chase Manhattan Bank USA, NA<br>by eCAST Settlement Corporation<br>as its agent<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 000013, Payment 2.02167% | 7100-900 | | 290.87 | 4,877.75 |
| C   06/01/09 | 003018 | Chase Manhattan Bank USA, NA<br>by eCAST Settlement Corporation<br>as its agent<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 000014, Payment 2.02166% | 7100-900 | | 230.29 | 4,647.46 |
| C   06/01/09 | 003019 | Chase Manhattan Bank USA, NA<br>by eCAST Settlement Corporation<br>as its agent<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 000015, Payment 2.02176% | 7100-900 | | 107.91 | 4,539.55 |
| C   06/01/09 | 003020 | Chase Manhattan Bank USA, NA<br>by eCAST Settlement Corporation | Claim 000016, Payment 2.02174% | 7100-900 | | 185.58 | 4,353.97 |

UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-26934 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Edward H Embree | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9844  BofA - Checking Account |
| Taxpayer ID No: | *******2827 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | as its agent<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | | | | | |
| C  06/01/09 | 003021 | eCAST Settlement Corporation, assignee of<br>MBNA America Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000018, Payment 2.02170% | 7100-900 | | 468.76 | 3,885.21 |
| C  06/01/09 | 003022 | eCAST Settlement Corporation, assignee of<br>MBNA America Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000019, Payment 2.02171% | 7100-900 | | 520.45 | 3,364.76 |
| C  06/01/09 | 003023 | eCAST Settlement Corporation, assignee of<br>MBNA America Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000020, Payment 2.02173% | 7100-900 | | 240.68 | 3,124.08 |
| 06/01/09 | 003024 | Diamond, Louis<br>Arthur R Ehrlich/Goldman & Ehrlich<br>19 S Lasalle St Suite 800<br>Chicago IL 60603 | Claim 000021, Payment 2.02171% | 7100-900 | | 555.97 | 2,568.11 |
| C  06/01/09 | 003025 | MICHAELS, JERROLD<br>ARTHUR R EHRLICH/GOLDMAN & EHRLICH<br>19 S LASALLE ST SUITE 800<br>CHICAGO IL 60603 | Claim 000022, Payment 2.02170% | 7100-900 | | 1,334.32 | 1,233.79 |
| C  06/01/09 | 003026 | eCAST Settlement Corporation, assignee of<br>MBNA America Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000035, Payment 2.02176% | 7100-900 | | 102.45 | 1,131.34 |

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

LFORM2T4

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26934 -SQU | | | Trustee Name: | GINA B. KROL |
| Case Name: | Edward H Embree | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******9844 BofA - Checking Account |
| Taxpayer ID No: | *******2827 | | | | |
| For Period Ending: | 09/15/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/01/09 | 003027 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Claim 000036, Payment 2.02170% | 7100-900 | | 126.44 | 1,004.90 |
| C  06/01/09 | 003028 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Claim 000038, Payment 2.02177% | 7100-900 | | 44.64 | 960.26 |
| C  06/01/09 | 003029 | Citibank ( South Dakota ) N.A.<br>POB 182149<br>Columbus, OH 43218<br>DBA Sears | Claim 000039, Payment 2.02170% | 7100-900 | | 330.02 | 630.24 |
| C  06/01/09 | 003030 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>PO Box 15168<br>Wilmington DE 19850 | Claim 000040, Payment 2.02171% | 7100-900 | | 472.52 | 157.72 |
| C  06/01/09 | 003031 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Claim 000041, Payment 2.02160% | 7100-900 | | 157.72 | 0.00 |

UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-26934 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | Edward H Embree | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | | Account Number / CD #: | *******9844 BofA - Checking Account | |
| Taxpayer ID No: | *******2827 | | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9844 | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 31 Checks 12,314.18 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out 0.00 |
| | | | 0 Transfers Out 0.00 |
| | Subtotal | $ 0.00 | |
| | | | Total $ 12,314.18 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 12,314.18 | |
| | Total | $ 12,314.18 | |

UST Form 101-7-TDR (4/1/2009) *(Page: 15)*

LFORM2T4                                                                                                               Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26934 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Edward H Embree | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4244  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2827 | | |
| For Period Ending: | 09/15/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/20/06 | 1 | Edward Embree | | 1110-000 | 200.00 | | 200.00 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.05 | | 200.05 |
| C  12/21/06 | 1 | Edward Embree<br>620 S. York Rd. #103<br>Bensenville, IL  60106 | | 1110-000 | 200.00 | | 400.05 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.20 | | 400.25 |
| C  01/22/07 | 1 | Edward Embree<br>620 S. York Rd. #103<br>Bensenville, IL  60106 | | 1110-000 | 200.00 | | 600.25 |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.39 | | 600.64 |
| C  02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 0.46 | 600.18 |
| C  02/19/07 | 1 | Edward Embree | | 1110-000 | 200.00 | | 800.18 |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.50 | | 800.68 |
| C  03/19/07 | 1 | Edward Embree<br>620 S. York Rd., Unit 106<br>Bensenville, IL  60106 | | 1110-000 | 200.00 | | 1,000.68 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.73 | | 1,001.41 |
| C  04/19/07 | 1 | Edward Embree<br>620 S. York Rd., #103<br>Bensenville, IL  60106 | | 1110-000 | 200.00 | | 1,201.41 |

UST Form 101-7-TDR (4/1/2009) *(Page: 16)*

LFORM2T4                                                                                                                                      Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26934 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Edward H Embree | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4244 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2827 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.87 | | 1,202.28 |
| C  05/23/07 | 1 | Edward Embree<br>620 S. York Rd.<br>Bensenville, IL  60101 | | 1110-000 | 200.00 | | 1,402.28 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.06 | | 1,403.34 |
| C  06/20/07 | 1 | EDWARD EMBREE<br>620 S. York Rd., #103<br>Bensenville, IL  60106 | | 1110-000 | 200.00 | | 1,603.34 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.20 | | 1,604.54 |
| C  07/18/07 | 1 | Edward Embree<br>620 S. York Rd. #103<br>Bensenville, IL  60106 | | 1110-000 | 200.00 | | 1,804.54 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.42 | | 1,805.96 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.53 | | 1,807.49 |
| C  09/04/07 | 1 | Nations Title Agency Inc.<br>3700<br>Corporate Dr., Ste. 200<br>Columbus, OH  43231 | Balance due on real property buy | 1110-000 | 10,476.70 | | 12,284.19 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.27 | | 12,290.46 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 7.83 | | 12,298.29 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.57 | | 12,304.86 |

UST Form 101-7-TDR (4/1/2009) *(Page: 17)*

LFORM2T4

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26934 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Edward H Embree | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4244 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2827 | | |
| For Period Ending: | 09/15/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 5.88 | | 12,310.74 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 4.88 | | 12,315.62 |
| C  02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 11.58 | 12,304.04 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.93 | | 12,306.97 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.91 | | 12,309.88 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.52 | | 12,312.40 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.56 | | 12,313.96 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.51 | | 12,315.47 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.56 | | 12,317.03 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.56 | | 12,318.59 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.52 | | 12,320.11 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.19 | | 12,321.30 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.00 | | 12,322.30 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 12,322.93 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,323.03 |
| C  02/17/09 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 9.59 | 12,313.44 |

UST Form 101-7-TDR (4/1/2009) *(Page: 18)*

LFORM2T4

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26934 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | Edward H Embree | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4244 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2827 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND | | | | |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 12,313.53 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.11 | | 12,313.64 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-002 | 0.27 | | 12,313.91 |
| C  05/28/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.27 | | 12,314.18 |
| C t  05/28/09 | | Transfer to Acct #*******9844 | Final Posting Transfer | 9999-000 | | 12,314.18 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******4244 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 10 | Deposits | 12,276.70 | 3 | Checks | 21.63 |
| | 31 | Interest Postings | 59.11 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 12,314.18 |
| | | Subtotal | $ 12,335.81 | | | |
| | | | | | Total | $ 12,335.81 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 12,335.81 | | | |

UST Form 101-7-TDR (4/1/2009) *(Page: 19)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-26934 -SQU | |
| Case Name: | Edward H Embree | |
| Taxpayer ID No: | *******2827 | |
| For Period Ending: | 09/15/09 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******4244  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | | Balance Forward | 0.00 | | |
| | | 10 | Deposits | 12,276.70 | 34 | Checks | 12,335.81 |
| | | 31 | Interest Postings | 59.11 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 12,314.18 |
| | | | Subtotal | $ 12,335.81 | | |
| | | | | | Total | $ 24,649.99 |
| | | 0 | Adjustments In | 0.00 | | |
| | | 1 | Transfers In | 12,314.18 | | |
| | | | Total | $ 24,649.99 | Net Total Balance | $ 0.00 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 09/15/09

GINA B. KROL

UST Form 101-7-TDR (4/1/2009) *(Page: 20)*

LFORM2T4

Ver: 14.31c